

# Fourth Court of Appeals
## San Antonio, Texas

January 10, 2019

No. 04-18-00551-CV

James Brent **MANSFIELD**,
Appellant

v.

Stormie Rae **MANSFIELD**,
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-CI-17710
Honorable Stephani A. Walsh, Judge Presiding

# O R D E R

Appellant's second motion for extension of time to file his brief is GRANTED. Appellant's brief is due on **February 6, 2019**. **No further extensions will be granted absent extenuating circumstances.**

_Irene Rios_
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of January, 2019.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court